68 F.3d 459
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Peter Emmanuel BERNARD, Petitioner--Appellant,
v.
David A. GARRAGHTY, Warden, Nottoway Correctional Center,
Respondent--Appellee.
 No. 95-7017.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 21, 1995.
Decided Oct. 10, 1995.
 
 Peter Emmanuel Bernard, Appellant Pro Se. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.
 Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his motion for relief from judgments in his 28 U.S.C. Sec. 2254 (1988) action which he filed pursuant to Fed.R.Civ.P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal based on the reasoning of the district court. Bernard v. Garraghty, No. CA-89-288-R (E.D. Va. June 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED